## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                           **Case No. 3:25cr99-TKW-2**

**LINDSAY N MCCRAY,**

    **Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

      Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, LINDSAY N MCCRAY**,** to Counts One through Four of the indictment is hereby **ACCEPTED**.  All parties will appear before this Court for sentencing as directed.

      **DONE AND ORDERED** this 23rd day of September, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**